## COSTA *v.* WARDEN OF THE MARYLAND HOUSE OF CORRECTION

[App. No. 88, September Term, 1964.]

*Decided February 5, 1965.*

Before PRESCOTT, C. J., and HAMMOND, HORNEY, MARBURY, SYBERT, OPPENHEIMER and BARNES, JJ.

PER CURIAM.

For the reasons stated by Judge Pugh in his opinion below, the application for relief must be denied.

*Application denied.*